**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carmelina Vera ROJAS, Defendant–Appellant.**

**No. 10–14662.**

United States Court of Appeals, Eleventh Circuit.

Oct. 4, 2011.

Wilfredo A. Ferrer, U.S. Atty., Harriett Galvin, William C. Healy, Kelly S. Karase,

---

Kathleen M. Salyer, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Sowmya Bharathi, Michael Caruso, Fed. Pub. Def., Fed. Pub. Defender's Office, Miami, FL, for Defendant–Appellant.

BEFORE: DUBINA, Chief Judge, TJOFLAT, EDMONDSON, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR and MARTIN, Circuit Judges*.

BY THE COURT:

A member of this court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this Court en banc. The previous panel's opinion is hereby VACATED.

___

* Senior United States Circuit Judge R. Lanier Anderson has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).